IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-02323-LTB-RTG

JUAN R. RAMIREZ, JR.,

Applicant,

v.

DERRICK JONES, Warden,

Respondent.

---

ORDER

---

This matter is before the Court on the Recommendation of United States Magistrate Judge filed on July 23, 2026 (ECF No. 8). The Recommendation states that any objection to the Recommendation must be filed within fourteen days after its service. *See* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on July 23, 2026. No timely objection to the Recommendation has been filed, and Applicant is therefore barred from de novo review.

Accordingly, it is

ORDERED that the Recommendation of United States Magistrate Judge (ECF No. 8) is accepted and adopted. It is

FURTHER ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and the action are dismissed without prejudice for failure to assert a cognizable § 2241 habeas corpus claim. It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this dismissal would not be taken in good faith.

DATED at Denver, Colorado, this 14th day of August, 2026.

BY THE COURT:

s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court